B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re  **LIFT-TECH ELEVATOR SERVICE, LLC**  Case No. **09-40244**
Debtor(s)  Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **AICCO Inc**<br>1001 Winstead Drive<br>Cary, NC 27513 | **AICCO Inc**<br>1001 Winstead Drive<br>Cary, NC 27513 | | | **229,590.15** |
| **Alimak Hek**<br>8400 Villa Drive<br>Houston, TX 77061 | **Alimak Hek**<br>8400 Villa Drive<br>Houston, TX 77061 | | | **826,490.35** |
| **Allstate Insurance Company**<br>P.O. Box 3576<br>Akron, OH 44309 | **Allstate Insurance Company**<br>P.O. Box 3576<br>Akron, OH 44309 | | | **12,598.05** |
| **Aronsohn Weiner & Salerno**<br>263 Main St<br>Hackensack, NJ 07601 | **Aronsohn Weiner & Salerno**<br>263 Main St<br>Hackensack, NJ 07601 | | | **18,591.07** |
| **Avlon, Alexander Estate of**<br>10 Palisades<br>Edgewater, NJ 07020 | **Avlon, Alexander Estate of**<br>10 Palisades<br>Edgewater, NJ 07020 | **loan** | **Disputed** | **1,000,000.00** |
| **Cananwill Inc**<br>1000 Milwaukee Ave<br>Glenview, IL 60025 | **Cananwill Inc**<br>1000 Milwaukee Ave<br>Glenview, IL 60025 | | | **18,736.32** |
| **Canton Elevator**<br>647 Third St NW<br>Massillon, OH 44647 | **Canton Elevator**<br>647 Third St NW<br>Massillon, OH 44647 | | | **24,471.00** |
| **Cigna Health Care**<br>13880 Collection Center Drive<br>Chicago, IL 60693-0138 | **Cigna Health Care**<br>13880 Collection Center Drive<br>Chicago, IL 60693-0138 | | | **10,000.00** |
| **David Mandel**<br>930 Newark Ave<br>Jersey City, NJ 07306 | **David Mandel**<br>930 Newark Ave<br>Jersey City, NJ 07306 | | | **38,437.00** |
| **Elevator Controls Corp**<br>PO Box 202294<br>Dallas, TX 75320-2294 | **Elevator Controls Corp**<br>PO Box 202294<br>Dallas, TX 75320-2294 | | | **20,300.96** |
| **Elevator Cronstructions Union Local No.**<br>2185 Lemoine Ave<br>Fort Lee, NJ 07024 | **Elevator Cronstructions Union Local No.**<br>2185 Lemoine Ave<br>Fort Lee, NJ 07024 | | | **222,739.60** |
| **Global Tardif**<br>120 Rue De Naples<br>Quebec, Canada G3A2Y2 | **Global Tardif**<br>120 Rue De Naples<br>Quebec, Canada G3A2Y2 | | | **981,113.60** |

B4 (Official Form 4) (12/07) - Cont.

In re   **LIFT-TECH ELEVATOR SERVICE, LLC**                                          Case No.   **09-40244**
　　　　　　　　　　　　　　　　Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Hollister Whitney**<br>**1 Hollister Whitney Pkwy**<br>**Quincy, IL 62305** | **Hollister Whitney**<br>**1 Hollister Whitney Pkwy**<br>**Quincy, IL 62305** | | | 9,700.00 |
| **Leistritz**<br>**165 Chestnut St**<br>**Allendale, NJ 07401** | **Leistritz**<br>**165 Chestnut St**<br>**Allendale, NJ 07401** | | | 70,720.00 |
| **Levi Lubarsky & Feigenbaum**<br>**1185 Avenue of the Americas**<br>**New York, NY 10036** | **Levi Lubarsky & Feigenbaum**<br>**1185 Avenue of the Americas**<br>**New York, NY 10036** | | | 29,442.69 |
| **NJM Insurance Group**<br>**301 Sullivan Way**<br>**West Trenton, NJ 08628** | **NJM Insurance Group**<br>**301 Sullivan Way**<br>**West Trenton, NJ 08628** | | | 11,830.00 |
| **NYC District Carpenter Fund / RMS**<br>**One Exchange Plaza**<br>**55 Broadway Suite 201**<br>**New York, NY 10006** | **NYC District Carpenter Fund / RMS**<br>**One Exchange Plaza**<br>**55 Broadway Suite 201**<br>**New York, NY 10006** | | | 23,469.97 |
| **Savaria Concord Lifts**<br>**107 Alfred Kuehne Blvd**<br>**Brampton, Ontario L6T4K3** | **Savaria Concord Lifts**<br>**107 Alfred Kuehne Blvd**<br>**Brampton, Ontario L6T4K3** | | | 9,970.00 |
| **Topps Building**<br>**930 Newark Avenue**<br>**Jersey City, NJ 07306** | **Topps Building**<br>**930 Newark Avenue**<br>**Jersey City, NJ 07306** | | | 38,437.49 |
| **XL Insurance / Edward Zizmor**<br>**60 Court St Suite 1A**<br>**Hackensack, NJ 07601** | **XL Insurance / Edward Zizmor**<br>**60 Court St Suite 1A**<br>**Hackensack, NJ 07601** | | | 63,286.77 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　　I, the Owner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **November 11, 2009**　　　　　　　　Signature   **/s/ Dominic Glenn**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Dominic Glenn**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Owner**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.