**O'DONOGHUE & O'DONOGHUE LLP**
Robert P. Curley, Esquire
Constitution Place, Suite 515
325 Chestnut Street
Philadelphia, PA 19106
Telephone 215-629-4970
Facsimile 215-629-4996
rcurley@odonoghuelaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| LIFT-TECH ELEVATOR SERVICE, LLC | : | CASE NO. 09-40244-MS |
| | : | CHAPTER 11 |
| | : | |
| | : | JUDGE MORRIS STERN |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that O'Donoghue & O'Donoghue LLP has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the creditor at the following address: National Elevator Industry Benefit Plans, c/o O'Donoghue & O'Donoghue LLP, 325 Chestnut Street, Suite 515, Philadelphia, PA 19106.

Date: November 13, 2009         Respectfully submitted,

                                **O'DONOGHUE & O'DONOGHUE LLP**
                                Constitution Place, Suite 515
                                325 Chestnut Street
                                Philadelphia, PA 19106
                                Telephone 215-629-4970
                                Facsimile 215-629-4996
                                rcurley@odonoghuelaw.com

                                By:  s/ Robert P. Curley
                                     Robert P. Curley
                                     Attorneys for Creditors

# CERTIFICATE OF SERVICE

    I, Robert P. Curley, Esquire, hereby certify that true and correct copies of the foregoing Request for Service of Notice and Entry of Appearance have been served upon the following parties in interest via pre-paid regular U.S. Mail on or before November 13, 2009.

    U.S. Trustee
Office of the U.S. Trustee
One Newark Center, Suite 2100
Newark, NJ  07102

Shmuel Klein
Law Office of Shmuel Klein
113 Cedarhill Avenue
Mahwah, NJ  07430

    s/ Robert P. Curley
Robert P. Curley

**O'DONOGHUE & O'DONOGHUE LLP**
Robert P. Curley, Esquire
Constitution Place, Suite 515
325 Chestnut Street
Philadelphia, PA 19106
Telephone 215-629-4970
Facsimile 215-629-4996
rcurley@odonoghuelaw.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: | : |
| | : |
| LIFT-TECH ELEVATOR SERVICE, LLC | : CASE NO. 09-40244-MS |
| | : CHAPTER 11 |
| | : |
| | : JUDGE MORRIS STERN |

**ENTRY OF APPEARANCE**

    I, Robert P. Curley, of the Law firm O'Donoghue & O'Donoghue LLP located at 325 Chestnut Street, Suite 515, Philadelphia, PA 19106, hereby enter an appearance in the above-entitled action on behalf of the creditor, National Elevator Industry Benefit Plans et al., 19 Campus Blvd., Newtown Square, PA 19073-3288.

    Respectfully submitted,

**O'DONOGHUE & O'DONOGHUE LLP**
Robert P. Curley, Esquire
Constitution Place, Suite 515
325 Chestnut Street
Philadelphia, PA 19106
Telephone 215-629-4970
Facsimile 215-629-4996
rcurley@odonoghuelaw.com

By: s/ Robert P. Curley
      Robert P. Curley

Attorneys for Creditors

Dated:  November 13, 2009