Markowitz & Richman
R. Matthew Pettigrew, Jr. (RP-9788)
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107
215-875-3132

Attorneys for Elevator Constructors Union
Local No. 1 Annuity & 401(k) Fund

_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 09-40244 (MS) |
| Lift-Tech Elevator Service, LLC, | : | |
| | : | |
| Debtor | : | Chapter 11 |

_____

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS
_____

     PLEASE TAKE NOTICE that the undersigned, pursuant to Section 1109(b) of the United

States Code and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, hereby

appears as counsel for Elevator Constructors Union Local No. 1 Annuity & 401(k) Fund and

requests that all notices given or required to be given in the above case and all papers served in

the case be given to and served upon the undersigned:

>R. Matthew Pettigrew, Jr., Esquire
>Markowitz & Richman
>1100 North American Building
>121 South Broad Street
>Philadelphia, PA 19107
>215-875-3132 (phone)
>215-790-0668 (fax)
>mpettigrew@markowitzandrichman.com (e-mail)

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading, request, or other document brought before this Court, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, fax, electronically, or otherwise that affects the Debtor or the property of the Debtor.

>>MARKOWITZ & RICHMAN

| | |
|---|---|
|    November 13, 2009 | /s/   R. Matthew Pettigrew, Jr. |
| Date | R. Matthew Pettigrew, Jr. (RP-9788) |
| | 1100 North American Building |
| | 121 South Broad Street |
| | Philadelphia, PA 19107 |
| | 215-875-3132 (phone) |
| | 215-790-0668 (fax) |
| | mpettigrew@markowitzandrichman.com |