# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 09–40244–MS
Chapter: 11
Judge: Morris Stern

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lift–Tech Elevator Service, LLC
926 Newark Ave Suite 101
Jersey City, NJ 07306

Social Security No.:

Employer's Tax I.D. No.:
20–2469994

## NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
## IF DOCUMENTS ARE NOT TIMELY FILED

1. Notice is hereby given that the following documents must be filed within 15 days from the date the bankruptcy petition was filed:

Atty. Disclosure Statement, Statement of Financial Affairs, Summary of Schedules, Corporate Resolution and Schedules A,B,D,E,F,G and H.

2. This case will be dismissed on November 25, 2009, unless the missing documents are received on or before that date by the Clerk of the Court at:

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before November 25, 2009.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.

Dated: November 12, 2009
JJW: pbf

James J. Waldron
Clerk

If the schedules you file list more creditors than were included on the list of creditors(matrix) filed with your petition, you must file with your schedules an amended list of creditors(matrix), listing only those creditors being added, and a separate verified statement of changes (D.N.J. LBR 1007–2 and 1009–1). You must also pay a $26 fee for the amendment in the form of certified check,

money order, or attorney's check.

Case 09-40244-MS    Doc 10    Filed 11/14/09    Entered 11/15/09 00:22:19    Desc Imaged
Certificate of Service    Page 2 of 3

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: pfiero                 Page 1 of 1                  Date Rcvd: Nov 12, 2009
Case: 09-40244                Form ID: 180                 Total Noticed: 3

The following entities were noticed by first class mail on Nov 14, 2009.
db           +Lift-Tech Elevator Service, LLC,   926 Newark Ave Suite 101,   Jersey City, NJ 07306-6349
smg           U.S. Attorney,    970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +United States Trustee,   Office of the United States Trustee,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 14, 2009**                    **Signature:**    _/s/ Joseph Speetjens_