**B9F ALT (Official Form 9F ALT)** (Chapter 11 Corporation/Partnership Case) (12/07)         Case Number **09–40244–MS**

# UNITED STATES BANKRUPTCY COURT
DISTRICT of District of New Jersey

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 11/10/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE:   The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lift–Tech Elevator Service, LLC
926 Newark Ave Suite 101
Jersey City, NJ 07306

| | |
|---|---|
| Taxpayer ID/Employer ID/Other Nos.:<br>20–2469994 | United States Bankruptcy Judge:<br>Honorable Morris Stern |
| Attorney for Debtor(s) (name and address):<br>Shmuel Klein<br>Law Office of Shmuel Klein<br>113 Cedarhill Avenue<br>Mahwah, NJ 07430 | Attorney for Debtor(s):<br>Telephone number:   (201) 529–3411 |

### Meeting of Creditors:

Date:  **December 9, 2009**                    Time:  **09:00 AM**
Location:   **Office of the US Trustee, Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102–5504**

### Deadlines to File a Proof of Claim:

Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:
For all creditors(except a governmental unit): **3/9/10**     For a governmental unit: 180 days from date of order for relief. 11 U.S.C. §§ 502(b)(9)

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102<br>Telephone number:   973–645–4764 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>James J. Waldron |
| Business Hours:<br>8:30 AM – 4:00 p.m., Monday – Friday (except holidays) | Date:   11/13/09 |

## EXPLANATIONS

B9F ALT (Official Form 9F ALT) (12/07)

| | |
|---|---|
| Proof of Identification and Social Security Number | Important notice to individual debtors: Effective March 1, 2002, all individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. |
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§ 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File Proof of Claim" listed on the front side, or you might not be paid any money on your claim and may be unable to vote on the plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code §§ 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code §§ 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. **Writing a letter to the court or the judge is not a substitute for the filing of an adversary complaint.** |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

Undeliverable Notices.    Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.

Case information – telephone access.    Case summary information can be obtained from any touch tone telephone by calling the automated Voice Case Information System (VCIS) at the toll free number: 1–877–239–2547. This service is free of charge and is available 24 hours a day.

Case information – electronic access.    Case summary and docket information can be obtained from the Public Access to Court Electronic Records (Pacer) System. To register or for more information, please call the Pacer Billing Center at 1–800–676–6856 or visit the Pacer Web Site: http://pacer.psc.uscourts.gov.

Internet access.    Additional information may be available at the Court's Web Site: http://www.njb.uscourts.gov.

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT District of New Jersey | | **PROOF OF CLAIM** |
|---|---|---|
| Name of Debtor: Lift-Tech Elevator Service, LLC | Case Number: 09-40244 | Mail Claim To:<br>Clerk, U.S. Bankruptcy Court<br>U.S. Bankruptcy Court<br>MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
| NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.* | | |

Name of Creditor (the person or other entity to whom the debtor owes money or property):

| Name and address where notices should be sent: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:**_____<br>(*If known*)<br><br>Filed on:_____ |
|---|---|
| Telephone number: | |
| Name and address where payment should be sent (if different from above): | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |
| Telephone number: | |

**1. Amount of Claim as of Date Case Filed:**     $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate     ☐ Motor Vehicle     ☐ Other
**Describe:**

**Value of Property: $**_____ **Annual Interest Rate**____%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

  **if any: $**_____ **Basis for perfection:** _____

**Amount of Secured Claim: $**_____ **Amount Unsecured: $**_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**B10 (Official Form 10) (12/08) - Cont.**

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: mcumming              Page 1 of 2                   Date Rcvd: Nov 13, 2009
Case: 09-40244                 Form ID: b9f                Total Noticed: 87

The following entities were noticed by first class mail on Nov 15, 2009.
db         +Lift-Tech Elevator Service, LLC,    926 Newark Ave Suite 101,    Jersey City, NJ 07306-6349
aty        +Shmuel Klein,    Law Office of Shmuel Klein,    113 Cedarhill Avenue,    Mahwah, NJ 07430-1353
smg         Dist Dir of IRS,    Insolvency Function,    PO Box 724,    Springfield, NJ 07081-0724
smg         U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +United States Trustee,    Office of the United States Trustee,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
510204870  +AFNI, Inc.,    PO Box 3097,    Bloomington, IL 61702-3097
510204871  +AICCO Inc,    1001 Winstead Drive,    Cary, NC 27513-2133
510204879  +AT&T,    P.O BOX 44167,    Jacksonville, FL 32231-4167
510204880  +AT&T Mobility,    PO Box 6463,    Carol Stream, IL 60197-6463
510204869  +Adams Elevator Equptment,    Dept 77 -2611,    Chicago, Il 60678-0001
510204872  +Alert Answering Service,    86 S Lincoln Avenue,    Washington, NJ 07882-2104
510204873  +Alimak Hek,    8400 Villa Drive,    Houston, TX 77061-4602
510204874  +Allstate Insurance Company,    P.O. Box 3576,    Akron, OH 44309-3576
510204875  +Antoinette DiRicco,    4941 NW 54th St,    Tamarac, FL 33319-3247
510204876  +Applied Underwriters,    PO Box 3646,    Omaha, NE 68103-0646
510204877  +Arco Steel Company,    1422 Chestnut Ave,    Hillside, NJ 07205-1112
510204878  +Aronsohn Weiner & Salerno,    263 Main St,    Hackensack, NJ 07601-5704
510204881  +Avlon, Alexander Estate of,    10 Palisades,    Edgewater, NJ 07020-1512
510204882  +Barclay,    PO Box 341,    South Plainfield, NJ 07080-0341
510204883  +Bart Elevator,    247 W 30th St,    New York, NY 10001-2824
510204884  +Belville Scale & Balance,    PO Box 540,    Orange, NJ 07051-0540
510204885   Bevckett Elevator Unlimited,    1600 Midland Ave,    Scahborough, Ontario M1P3C2
510204886  +Bonna Russo,    46 Bunbar St,    Chatham, NJ 07928-2206
510204888  +Cananwill Inc,    1000 Milwaukee Ave,    Glenview, IL 60025-2423
510204889  +Canton Elevator,    647 Third St NW,    Massillon, OH 44647-4201
510204890  +Cemcolift Elevator Systems,    2801 Townshio Line Road,    Hatfield, PA 19440-1755
510204891   Cigna Health Care,    13880 Collection Center Drive,    Chicago, IL 60693-0138
510204892  +Computer Systems and Methods,    15 Maple Street,    Somerville, NJ 08876-2106
510204893   Concord Steel Inc,    1451 Buena Vista NE,    Po Box 4289,    Warren, OH 44482-4289
510204894   Crystal Springs,    PO Box 660579,    Dallas, TX 75266-0579
510204895  +Cynthia Toots,    151 Goldsmith Avenue,    Newark, NJ 07112-2025
510204899   DHL Express Inc,    PO Box 415099,    Boston, MA 02241-5099
510204896  +Daves Heavy Towing,    87 Old Camplain Road,    Hillsborough, NJ 08844-4227
510204897  +David Mandel,    930 Newark Ave,    Jersey City, NJ 07306-6316
510204898  +Dean J symeonides, CPA,    201 W Passaic St,    Rochelle Park, NJ 07662-3100
510204900  +Eiser Hardware,    407 West Side Avenue,    Jersey City, NJ 07305-1694
510204901   Elevator Controls Corp,    PO Box 202294,    Dallas, TX 75320-2294
510204902   Elevator Products Corp,    100 Demarest Drive,    PO Box 999,    Wayne, NJ 07474-0999
510204903   Exxon Mobile Fleet Services,    PO Box 5727,    Carol Stream, IL 60197-5727
510204904  +Fort Dearborn Life Insurance,    36788 Eagle Way,    Chicago, IL 60678-0001
510204905  +Fox Rothschild LLP,    75 Eisenhower Pkwy,    Roseland, NJ 07068-1697
510204906   Global Tardif,    120 Rue De Naples,    Quebec, Canada G3A2Y2
510204907   Hanover Insurance Company,    PO Box 4031,    Woburn, MA 01888-4031
510204908   Hollister Whitney,    1 Hollister Whitney Pkwy,    Quincy, IL 62305
510204909  +Howard Levi,    1185 Avenue of the Americas,    New York, NY 10036-2601
510204911  +IMPEX GLS,    155-04 145th Ave,    Jamaica, NY 11434-4201
510204915   IPC,    PO Box 668307,    Pompano Beacl, FL 33066-8307
510204910  +Ideal Supply,    445 Communipaw,    Jersey City, NJ 07304-3620
510204912  +Independent Elevator,    1 Shady Lane,    Mahopac, NY 10541-2421
510204913  +Independent Elevator Inspections,    3055 Valentine Ave,    Bronx, NY 10458-1311
510204914  +Innovation Industries,    3500 East Main St,    PO Box 2996,    Russellville, AZ 72811-2996
510204916  +John C Weldin,    360 West Main St,    Bergenfield, NJ 07621-1566
510204917  +Joseph Cariello,    PO Box 265,    Center Moriches, NY 11934-0265
510204918  +Labor Law Poster Service,    5859 W Saginaw Highway # 343,    Lansing, MI 48917-2460
510204919   Labor Ready Northeast,    PO Box 820145,    Philadelphia, PA 19182-0145
510204920  +Leistritz,    165 Chestnut St,    Allendale, NJ 07401-2230
510204921  +Levi Lubarsky & Feigenbaum,    1185 Avenue of the Americas,    New York, NY 10036-2601
510204922  +Liberty Electrical Elevator,    25-18 38th Ave,    Long Island City, NY 11101-3515
510204923  +Lift-Tech Elevator LTD,    321 North Main St,    New City, NY 10956-4307
510204924  +Michael Williams CPA,    420 Lexington Avenue,    New York, NY 10170-0002
510204925  +Motion Control Engineering,    4183 Paysphere Circle,    Chicago, IL 60674-0041
510204927  +NJM Insurance Group,    301 Sullivan Way,    West Trenton, NJ 08628-3406
510204928  +NYC District Carpenter Fund / RMS,    One Exchange Plaza,    55 Broadway Suite 201,
             New York, NY 10006-3759
510204926   National Elevator Industry,    19 Campus Blvd,    Newtown Square, PA 19073-3288
510204929  +Performance Plus,    2127D Route 206,    South Hampton, NJ 08088
510204930  +Power Tech Services,    1 South Gold Drive,    Hamilton, NJ 08691-1606
510204931  +Precision Electric Motor Works,    14 Sebago Street,    Clifton, NJ 07013-1924
510204932  +Precision Interconnect,    161 East 32nd St,    New York, NY 10016-6002
510204933  +Pro Handling Systems, INC,    88 King Street,    Dover, NJ 07801-3655
510204934  +Quality,    7760 N Merrimac Ave,    Niles, IL 60714-3424
510204935   Quill Corporation,    PO Box 37600,    Philadelphia, PA 19101-0600
510204936  +RDC Company,    2056 Route 22 East,    Scotch Plains, NJ 07076-1337
510204937   Savaria Concord Lifts,    107 Alfred Kuehne Blvd,    Brampton, Ontario L6T4K3
510204938  +Scaffolding Today Inc,    1420 Tonnelle Ave,    North Bergen, NJ 07047-1523
510204939  +Sharp Elevator Company Inc,    PO Box 443,    Toms River, NJ 08754-0443
510204940   Shell Fleet,    PO Box 183019,    Columbia, OH 43218-3019
510204941  +Somerset Hills Towing,    580 Union Avenue,    Bridgewater, NJ 08807-3146
510204943  +The Fixture Company,    923 N State Street,    Elgin, IL 60123-2146
510204944  +Thomas Russo & Sons,    854 Communipaw Ave,    Jersey City, NJ 07304-1305
510204945  +Topps Building,    930 Newark Avenue,    Jersey City, NJ 07306-6316
510204946   UPS,    Po Box 7247-0244,    Philadelphia, PA 19170-0001
```

```
District/off: 0312-2           User: mcumming            Page 2 of 2                 Date Rcvd: Nov 13, 2009
Case: 09-40244                 Form ID: b9f              Total Noticed: 87

510204948      WB Mason,    Po Box 111,    Brocton, MA 02303-0111
510204949      Weco Elevator Products,    1586 Wavell Crescent,    Mississauga, Ontario L4X1X1
510204950     +XL Insurance / Edward Zizmor,    60 Court St Suite 1A,    Hackensack, NJ 07601-7041
510204951     +XO Communications,    14239 Collections Center Drive,    Chicago, IL 60693-0142

The following entities were noticed by electronic transmission on Nov 13, 2009.
510204942      EDI: AISTMBL.COM Nov 13 2009 18:44:00      T-Mobile,    PO Box 742596,    Cincinnati, OH 45274-2596
510204947      EDI: AFNIVZCOMBINED.COM Nov 13 2009 18:43:00      Verizon,    PO Box 4833,    Trenton, NJ 08650-4833
                                                                                                 TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
510204887      Bucher Hydroolics
510204952      Yellow Pages
                                                                                           TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 15, 2009**                    **Signature:**    _Joseph Speetjens_