WINNE, BANTA, HETHERINGTON,
BASRALIAN & KAHN, P.C.
Rita R. Mungioli (RRM - 4524)
Court Plaza South - East Wing
21 Main Street - P.O. Box 647
Hackensack, New Jersey 07601
(201) 487-3800
Attorneys for Creditor, The Estate of Alexander Avlon

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| LIFT-TECH ELEVATOR SERVICE, LLC, | Case No. 09-40244-MS |
| Debtor. | |

**NOTICE OF APPEARANCE OF COUNSEL
AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby enters its appearance as attorneys for creditor, The Estate of Alexander Avlon, and pursuant to Rules 2002, 9007 and 9010, requests that its name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

> Rita R. Mungioli, Esq.
> Winne, Banta, Hetherington, Basralian & Kahn, P.C.
> Court Plaza South - East Wing
> 21 Main Street - P.O. Box 647
> Hackensack, New Jersey 07601
> Phone: 201-487-3800
> Fax: 201-487-3954
> E-Mail: rmungioli@winnebanta.com

04859-00001
102736v1

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and provisions specified above, but also includes, without limitation, orders and notices of any application, motion petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telefax or otherwise, which affect or seek to affect in any way the above-named debtor, property of the debtor or the debtor's estate, claims against or interests in the debtor, or other rights or interests of creditors or other parties in interest in this case.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance of Counsel and Request for Service of Papers shall not be deemed to be a waiver of any right of these parties rights (1) to have final orders in non-core proceedings entered only after *de novo* review by a District Court judge, (2) to trial by jury in any proceeding so triable in this proceeding or any case, controversy, or proceeding related to this proceeding, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which these parties may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

        WINNE, BANTA, HETHERINGTON,
        BASRALIAN & KAHN, P.C.

    By: /s/ Rita R. Mungioli
        Rita R. Mungioli, Esq.
        Court Plaza South – East Wing
        21 Main Street - P.O. Box 647
        Hackensack, New Jersey 07601
        E-Mail:rmungioli@winnebanta.com
        (201) 487-3800