---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**BECKER MEISEL LLC**
Eisenhower Plaza II
354 Eisenhower Parkway, Suite 1500
Livingston, New Jersey 07039
(973) 422-1100
Attorneys for Leistritz Corporation
BEN H. BECKER (BB6377)

---

In re:

Lift-Tech Elevator Service, LLC,

              Debtor.

Chapter 11

Case No. 09-40244 (MS)

---

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICE AND SERVICE OF PAPERS

TO:                           CLERK, UNITED STATES BANKRUPTCY COURT
                                  Martin Luther King Federal Building
                                  50 Walnut Street
                                  Newark, New Jersey 07102

Name of Party in Interest:        **Leistritz Corporation**
                                  **165 Chestnut Street**
                                  **Allendale, New Jersey 07401**

Address For Notices:              **c/o BEN H. BECKER, ESQ.**
                                  **Becker Meisel LLC**
                                  **Eisenhower Plaza II**
                                  **354 Eisenhower Parkway, Suite 1500**
                                  **Livingston, New Jersey 07039**
                                  **eneadel@beckermeisel.com**

       **PLEASE TAKE NOTICE** that pursuant to *Bankruptcy Rules* 2002 and 9019, **Leistritz Corporation**, a creditor and party in interest under 11 *U.S.C.* § 1109(b), through its attorneys Becker Meisel LLC hereby appears in the above-captioned case and

requests that copies of all notices given or required to be given and all papers served or required to be served (except process) in this case be given to and served upon them as indicated above.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in *Bankruptcy Rules* 2002 and 9010, and also includes, without limitation, any plan of reorganization and objections thereto, monthly reports, statements, schedules, lists, notices of any kind, orders, pleadings, briefs, applications, notices of appearance, motions, applications, affidavits, adversary complaints, demands, hearings, requests or petitions, disclosure statements, answers, reply papers, memoranda, trustee reports and any other documents brought before the Court with respect to this case.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance* is a limited appearance for purposes of notice and service only.  Accordingly, this *Notice of Appearance* is not to be construed as a waiver of any rights, including, but not limited to, the right to contest jurisdiction or service of process or to demand trial by jury of any issue.

                                              **BECKER MEISEL LLC**
                                              Attorneys for Leistritz Corporation

                                              By: */s/ Ben H. Becker*
                                                     BEN H. BECKER

Dated:  November 24, 2009