| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LR 9004-2(c)**<br><br>McCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ  07102<br>(973) 622-4444<br>Attorneys for Alimak Hek, Inc. | |
| In re:<br><br>Lift-Tech Elevator Services, LLC,<br><br>            Debtor. | Chapter 11<br><br>Case No. 09-40244-MS<br><br>Judge:  Honorable Morris Stern |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Alimak Hek, Inc. ("Alimak"), a creditor in these proceedings, by and through its attorneys, McCarter & English, LLP, hereby enters its appearance in this proceeding pursuant to Federal Rules of Bankruptcy Procedure 9010 and 2002 and §1109(b) of the Bankruptcy Code.  We respectfully request that all further notices given or required to be given in this proceeding and copies of all papers served in this proceeding be given to and served on the undersigned attorneys for Alimak at the office, postal address, telephone number and facsimile number set forth below:

>Joseph Lubertazzi, Jr.
>McCarter & English, LLP
>Four Gateway Center
>100 Mulberry Street
>Newark, New Jersey 07102-4096
>(973) 622-4444
>(973) 624-7070 facsimile
>jlubertazzi@mccarter.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. §1109(b) and Rule 2002, the foregoing request includes not only notice and papers referred to in the Rules and

ME1 9393581v.1

statute specified above, but additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, facsimile transmission or otherwise.

          McCARTER & ENGLISH, LLP
          Attorneys for Alimak Hek, Inc.

By: /s/ Joseph Lubertazzi, Jr.
     Joseph Lubertazzi, Jr.
     A Member of the Firm

Dated: December 14, 2009

ME1 9393581v.1