UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office of Shmuel Klein
113 Cedarhill Ave
Mahwah, NJ 07430
201-529-3411

In Re:

Lift Tech Elevator Service, LLC

Case No.: 09-40244

Judge: Stern

Chapter: 11

Recommended Local Form:    ☑ Followed    ☐ Modified

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, _____Lift Tech Elevator Services, LLC_____, is the (check all that apply):

   ☐ Trustee:    ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13

   ☑ Debtor:    ☐ Chap. 11    ☑ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional_____Shmuel Klein_____ to serve as (check all that apply):

   ☑ Attorney for:    ☐ Trustee    ☑ Debtor-in-Possession

   ☐ Official Committee of _____

☐ Accountant for: ☐ Trustee       ☐ Debtor-in-possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor   ☐ Appraiser   ☐ Special Counsel

☐ Auctioneer ☐ Other (specify):_____

3. The employment of the professional is necessary because:
   He is the attoney for the estate

4. The professional has been selected because:
   He is the best qualfied

5. The professional services to be rendered are as follows:
   Legal

6. The proposed arrangement for compensation is as follows:
   $8,539.00 for the preparation of the Chapter 11 Bankruptcy Petition, filing fee, one 341 meeting, and one confirmation hearing. If addtional work is needed client will be billed at an hourly rate of $385.00 an hour, after notice and opportunity to be heard.

2

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☑ None

☐ Describe connection: _____

_____

_____


8 To the best of the applicant's knowledge, the professional (check all that apply):

☑ does not hold an adverse interest to the estate.

☐ does not represent an adverse interest to the estate.

☐ is a disinterested person under 11 U.S.C. § 101(14).

☐ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e)

☐ Other; explain:

_____

_____

_____


9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

_____

_____

_____

3

Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Date:  12/22/2009

/s/ Dominic Gleen
Signature of Applicant

Dominic Glenn
Name of Applicant

rev 6/1/06:jml