UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office of Shmuel Klein
113 Cedarhill Ave.
Mahwah, NJ 07430
201-529-3411

In Re:

Lift Tech Elevator Service, LLC

Case No.: 09-40244

Judge: Stern

Chapter: 11

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER AUTHORIZING
## RETENTION OF Shmuel Klein

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

In re:  Lift Tech Elevator Service, LLC

Case No.: 09-40244

Applicant: Dominic Glenn

(check all that apply)
- ☐ Trustee: ☐ Chap. 7   ☐ Chap. 11   ☐ Chap. 13
- ☑ Debtor: ☑ Chap. 11   ☐ Chap. 13
- ☐ Official Committee of _____

Name of Professional: Shmuel Klein

Address of Professional: 113 Cedarhill Ave

Mahwah, NJ 07430

- ☑ Attorney for (check all that apply):
  - ☐ Trustee   ☑ Debtor-in-Possession
  - ☐ Official Committee of _____
- ☐ Accountant for:
  - ☐ Trustee   ☐ Debtor-in-Possession
  - ☐ Official Committee of _____
- ☐ Other Professional:
  - ☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer
  - ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev 6/1/06 jml*