UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office of Shmuel Klein
113 Cedarhill Ave
Mahwah, NJ 07430
201-529-3411

| In Re: | Case No.: | 09-40244 |
| Lift Tech Elevator Service, LLC | Judge: | Stern |
| | Chapter: | 11 |

Recommended Local Form:    ☑ Followed    ☐ Modified

## CERTIFICATE OF SERVICE AND OF COMPLIANCE WITH D.N.J. LBR 2014-1(a)

I have complied with D.N.J. LBR 2014-1(a) by mailing a copy of this application to any of the following who did not receive electronic notice from the Court: the United States Trustee, the Debtor and/or Debtor's attorney, the Trustee (as applicable), the secured creditors, the Official Committees (as applicable), and others requesting notice.

The parties listed below were served by electronic mail via the court's Electronic Case Filing System:

Ben Becker on behalf of Creditor Leistritz Corporation

Robert Patrick Curley on behalf of Creditor National Elevator Industry Pension, Health and

Joseph Lubertazzi on behalf of Creditor Alimak Hek, Inc.

Rita R. Mungioli on behalf of Creditor The Estate of Alexander Avlon
R. Matthew Pettigrew on behalf of Creditor Elevator Constructors Union Local No. 1 Annuity &
United States Trustee

The parties, whose names and addresses are listed below were served by regular mail, postage prepaid, within one (1) day after filing with the Court (please attach separate sheet if necessary).

AICCO Inc
1001 Winstead Drive
Cary, NC 27513

Allstate Insurance Company
P O Box 3576
Akron, OH 44309

Aronsohn Weiner & Salerno
263 Main St
Hackensack, NJ 07601

Avlon, Alexander Estate of
10 Palisades
Edgewater, NJ 07020

Cananwill Inc
1000 Milwaukee Ave
Glenview, IL 60025

Canton Elevator
647 Third St NW
Massillon, OH 44647

Cigna Health Care
13880 Collection Center Drive
Chicago, IL 60693-0138

See attached

Date: _____12/24/2009_____          Signed: _____/s/ Shmuel Klein_____

05/1305:jml

2

David Mandel
930 Newark Ave
Jersey City, NJ 07306

Elevator Controls Corp
PO Box 202294
Dallas, TX 75320-2294

Elevator Constructions Union Local
No.
2185 Lemoine Ave
Fort Lee, NJ 07024

Global Tardif
120 Rue De Naples
Quebec, Canada G3A2Y2

Hollister Whitney
1 Hollister Whitney Pkwy
Quincy, IL 62305

Levi Lubarsky & Feigenbaum
1185 Avenue of the Americas
New York, NY 1003

NJM Insurance Group
301 Sullivan Way
West Trenton, NJ 08628

NYC District Carpenter Fund / RMS
One Exchange Plaza
55 Broadway Suite 201
New York, NY 10006

Savaria Concord Lifts
107 Alfred Kuehne Blvd
Brampton, Ontario L6T4K3

Topps Building
930 Newark Avenue
Jersey City, NJ 07306

XL Insurance / Edward Zizmor
60 Court St Suite 1A
Hackensack, NJ 07601