UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office of Shmuel Klein
113 Cedarhill Ave
Mahwah, NJ 07430
201-529-3411

Order Filed on
01/04/2010
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Lift Tech Elevator Service, LLC

| | |
|---|---|
| Case No : | 09-40244 |
| Judge: | Stern |
| Chapter: | 11 |

Recommended Local Form:    ☑ Followed    ☐ Modified

### ORDER AUTHORIZING
### RETENTION OF  Shmuel Klein

The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**

DATED: 01/04/2010

_____
Honorable Morris Stern
United States Bankruptcy Judge

In re:        Lift Tech Elevator Service, LLC

Case No. :    09-40244

Applicant:    Dominic Glenn

(check all that apply) ☐  Trustee: ☐  Chap. 7        ☐  Chap. 11        ☐  Chap. 13

☑  Debtor: ☑  Chap. 11        ☐  Chap. 13

☐  Official Committee of _____

Name of Professional:        Shmuel Klein

Address of Professional:      113 Cedarhill Ave

Mahwah, NJ 07430

☑  Attorney for (check all that apply):

☐  Trustee  ☑  Debtor-in-Possession

☐  Official Committee of _____

☐  Accountant for:

☐  Trustee    ☐  Debtor-in-Possession

☐  Official Committee of _____

☐  Other Professional:

☐  Realtor    ☐  Appraiser    ☐  Special Counsel    ☐  Auctioneer

☐  Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.      The applicant is authorized to retain the above party in the professional capacity
        noted.

2

2    Compensation shall be paid in such amounts as may be allowed by the Court
upon proper application(s) therefor

3    The effective date of the retention is the date the application was filed with the
Court

*Rev 6/1/06 jml*

3

Approved by Judge Morris Stern January 04, 2010