**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 09–40244–MS
Chapter: 11
Judge: Morris Stern

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lift–Tech Elevator Service, LLC
926 Newark Ave Suite 101
Jersey City, NJ 07306

Social Security No.:

Employer's Tax I.D. No.:
20–2469994

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Morris Stern on:

Date:      3/22/10
Time:      02:00 PM
Location:  Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Shmuel Klein, Debtor's Attorney,

COMMISSION OR FEES
$8,640.00

EXPENSES
$343.40

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: February 17, 2010
JJW:

James J. Waldron
Clerk