Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 09−40244−MS
                              Chapter: 11
                              Judge: Morris Stern

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Lift−Tech Elevator Service, LLC
    926 Newark Ave Suite 101
    Jersey City, NJ 07306

Social Security No.:

Employer's Tax I.D. No.:
    20−2469994

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Morris Stern on:

Date:       3/22/10
Time:      02:00 PM
Location:    Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Shmuel Klein, Debtor's Attorney,

COMMISSION OR FEES
$8,640.00

EXPENSES
$343.40

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: February 17, 2010
JJW:

                                                                                 James J. Waldron
                                                                                 Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: rhernand              Page 1 of 2                   Date Rcvd: Feb 17, 2010
Case: 09-40244                 Form ID: 137                Total Noticed: 107

The following entities were noticed by first class mail on Feb 19, 2010.
db          +Lift-Tech Elevator Service, LLC,    926 Newark Ave Suite 101,    Jersey City, NJ 07306-6349
aty         +Law Offices of Shmuel Klein,    113 Cedarhill Avenue,    Mahwah, NJ 07430-1353
smg          Dist Dir of IRS,    Insolvency Function,    PO Box 724,    Springfield, NJ 07081-0724
smg          U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +United States Trustee,    Office of the United States Trustee,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
cr          +Alimak Hek, Inc.,    c/o McCarter & English LLP,    Four Gateway Center,    100 Mulberry Street,
              Newark, NJ 07102-4056,    US
cr          +Elevator Constructors Union Local No. 1 Annuity &,    2185 Lemoine Avenue,
              Fort Lee, NJ 07024-6036
cr          +Elevator Constructors Union Local No. 1 Education,    2185 Lemoine Avenue,
              Fort Lee, NJ 07024-6036
acc         +Kevin Lynch,    145 West Main Street,    Stony Point, NY 10980-3208
cr          +Leistritz Corporation,    165 Chestnut Street,    Allendale, NJ 07401-2230,    UNITED STATES
510379727    1317 River Road Associates,    1317 River Road,    Hopewell Twp, NJ 08560
510379728   +54 Orchard, LLC,    54 Orchard St,    New York, NY 10002-5482
510204870   +AFNI, Inc.,    PO Box 3097,    Bloomington, IL 61702-3097
510204871   +AICCO Inc,    1001 Winstead Drive,    Cary, NC 27513-2133
510204879   +AT&T,    P.O BOX 44167,    Jacksonville, FL 32231-4167
510204880   +AT&T Mobility,    PO Box 6463,    Carol Stream, IL 60197-6463
510204869   +Adams Elevator Equptment,    Dept 77 -2611,    Chicago, Il 60678-0001
510204872   +Alert Answering Service,    86 S Lincoln Avenue,    Washington, NJ 07882-2104
510204873   +Alimak Hek,    8400 Villa Drive,    Houston, TX 77061-4602
510204874   +Allstate Insurance Company,    P.O. Box 3576,    Akron, OH 44309-3576
510204875   +Antoinette DiRicco,    4941 NW 54th St,    Tamarac, FL 33319-3247
510204876   +Applied Underwriters,    PO Box 3646,    Omaha, NE 68103-0646
510204877   +Arco Steel Company,    1422 Chestnut Ave,    Hillside, NJ 07205-1112
510204878   +Aronsohn Weiner & Salerno,    263 Main St,    Hackensack, NJ 07601-5704
510204881   +Avlon, Alexander Estate of,    10 Palisades,    Edgewater, NJ 07020-1512
510204882   +Barclay,    PO Box 341,    South Plainfield, NJ 07080-0341
510204883   +Bart Elevator,    247 W 30th St,    New York, NY 10001-2824
510204884   +Belville Scale & Balance,    PO Box 540,    Orange, NJ 07051-0540
510204885    Bevckett Elevator Unlimited,    1600 Midland Ave,    Scahborough, Ontario M1P3C2
510379729   +Bolo Omoteso,    PO Box 288,    Edgewater, NJ 07020-0288
510204886   +Bonna Russo,    46 Bunbar St,    Chatham, NJ 07928-2206
510204887   +Cananwill Inc,    1000 Milwaukee Ave,    Glenview, IL 60025-2423
510204889   +Canton Elevator,    647 Third St NW,    Massillon, OH 44647-4201
510204890   +Cemcolift Elevator Systems,    2801 Townshio Line Road,    Hatfield, PA 19440-1755
510204891    Cigna Health Care,    13880 Collection Center Drive,    Chicago, IL 60693-0138
510204892   +Computer Systems and Methods,    15 Maple Street,    Somerville, NJ 08876-2106
510204893    Concord Steel Inc,    1451 Buena Vista NE,    Po Box 4289,    Warren, OH 44482-4289
510204894    Crystal Springs,    PO Box 660579,    Dallas, TX 75266-0579
510204895   +Cynthia Toots,    151 Goldsmith Avenue,    Newark, NJ 07112-2025
510204899    DHL Express Inc,    PO Box 415099,    Boston, MA 02241-5099
510204896   +Daves Heavy Towing,    87 Old Camplain Road,    Hillsborough, NJ 08844-4227
510204897   +David Mandel,    930 Newark Ave,    Jersey City, NJ 07306-6316
510204898   +Dean J symeonides, CPA,    201 W Passaic St,    Rochelle Park, NJ 07662-3100
510204900   +Eiser Hardware,    407 West Side Avenue,    Jersey City, NJ 07305-1694
510342198   +Elevator Constructors Union Local 1 Benefit Funds,    c/o R. Matthew Pettigrew, Jr., Esquire,
              Markowitz & Richman,    121 South Broad Street - 11th Floor,    Philadelphia, PA 19107-4545
510204901    Elevator Controls Corp,    PO Box 202294,    Dallas, TX 75320-2294
510293377   +Elevator Controls Corp,    6150 Warehouse Way,    Sacramento,CA 95826-4908
510379730   +Elevator Cronstructions Union Local,    No.,    2185 Lemoine Ave,    Fort Lee, NJ 07024-6036
510335822    Elevator Manufacturing Group,    120 Rue De Naples,    Quebec, Canada G3A2Y2
510204902    Elevator Products Corp,    100 Demarest Drive,    PO Box 999,    Wayne, NJ 07474-0999
510204903    Exxon Mobile Fleet Services,    PO Box 5727,    Carol Stream, IL 60197-5727
510204904   +Fort Dearborn Life Insurance,    36788 Eagle Way,    Chicago, IL 60678-0001
510204905   +Fox Rothschild LLP,    75 Eisenhower Pkwy,    Roseland, NJ 07068-1697
510204906    Global Tardif,    120 Rue De Naples,    Quebec, Canada G3A2Y2
510204907    Hanover Insurance Company,    PO Box 4031,    Woburn, MA 01888-4031
510204908    Hollister Whitney,    1 Hollister Whitney Pkwy,    Quincy, IL 62305
510204909   +Howard Levi,    1185 Avenue of the Americas,    New York, NY 10036-2601
510204911   +IMPEX GLS,    155-04 145th Ave,    Jamaica, NY 11434-4201
510457693   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114
             (address filed with court: Department of Treasury - Internal Revenue Service,    PO Box 21226,
              Philadelphia, PA  19114)
510204915    IPC,    PO Box 668307,    Pompano Beacl, FL 33066-8307
510204910   +Ideal Supply,    445 Communipaw,    Jersey City, NJ 07304-3620
510204912   +Independent Elevator,    1 Shady Lane,    Mahopac, NY 10541-2421
510204913   +Independent Elevator Inspections,    3055 Valentine Ave,    Bronx, NY 10458-1311
510204914   +Innovation Industries,    3500 East Main St,    PO Box 2996,    Russellville, AZ 72811-2996
510204916   +John C Weldin,    360 West Main St,    Bergenfield, NJ 07621-1566
510204917   +Joseph Cariello,    PO Box 265,    Center Moriches, NY 11934-0265
510204918   +Labor Law Poster Service,    5859 W Saginaw Highway # 343,    Lansing, MI 48917-2460
510204919    Labor Ready Northeast,    PO Box 820145,    Philadelphia, PA 19182-0145
510204920   +Leistritz,    165 Chestnut St,    Allendale, NJ 07401-2230
510271811   +Leistritz Corporation,    Becker Meisel LLC c/o Ben H. Becker, Esq,    354 Eisenhower Parkway,
              Plaza II, Suite 1500,    Livingston, NJ 07039-1022
510204921   +Levi Lubarsky & Feigenbaum,    1185 Avenue of the Americas,    New York, NY 10036-2601
510204922   +Liberty Electrical Elevator,    25-18 38th Ave,    Long Island City, NY 11101-3515
510204923   +Lift-Tech Elevator LTD,    321 North Main St,    New City, NY 10956-4307
```

```
District/off: 0312-2           User: rhernand              Page 2 of 2                   Date Rcvd: Feb 17, 2010
Case: 09-40244                 Form ID: 137                Total Noticed: 107

510342786     +Local 1 Intern'l Union of Elevator Constructors,   c/o R. Matthew Pettigrew, Jr., Esquire,
               Markowitz & Richman,   121 South Broad Street - 11th Floor,    Philadelphia, PA 19107-4545
510204924     +Michael Williams CPA,   420 Lexington Avenue,   New York, NY 10170-0002
510338159     +Michael Williams, CPA, PC,   122 E. 42nd Street,   No. 3010,   New York, NY 10168-0002
510204925     +Motion Control Engineering,   4183 Paysphere Circle,   Chicago, IL 60674-0041
510204927     +NJM Insurance Group,   301 Sullivan Way,   West Trenton, NJ 08628-3406
510204928     +NYC District Carpenter Fund / RMS,   One Exchange Plaza,   55 Broadway Suite 201,
               New York, NY 10006-3759
510204926      National Elevator Industry,   19 Campus Blvd,   Newtown Square, PA 19073-3288
510204929     +Performance Plus,   2127D Route 206,   South Hampton, NJ 08088
510204930     +Power Tech Services,   1 South Gold Drive,   Hamilton, NJ 08691-1606
510204931     +Precision Electric Motor Works,   14 Sebago Street,   Clifton, NJ 07013-1924
510267636     +Precision Interconnect,   c/o Nudelman Nudelman & Ziering,   425 Eagle Rock Ave.,
               Roseland, NJ 07068-1717
510204932     +Precision Interconnect,   161 East 32nd St,   New York, NY 10016-6002
510204933     +Pro Handling Systems, INC,   88 King Street,   Dover, NJ 07801-3655
510204934     +Quality,   7760 N Merrimac Ave,   Niles, IL 60714-3424
510204935      Quill Corporation,   PO Box 37600,   Philadelphia, PA 19101-0600
510204936     +RDC Company,   2056 Route 22 East,   Scotch Plains, NJ 07076-1337
510440055     +Richard aDelman,   1175 York Avenue Apt. 10-d,   New York, NY 10065-7173
510464729    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,   Division of Taxation/Compliance Activity,
               PO Box 245,   Trenton, New Jersey 08695)
510204937      Savaria Concord Lifts,   107 Alfred Kuehne Blvd,   Brampton, Ontario L6T4K3
510204938     +Scaffolding Today Inc,   1420 Tonnelle Ave,   North Bergen, NJ 07047-1523
510204939     +Sharp Elevator Company Inc,   PO Box 443,   Toms River, NJ 08754-0443
510204940      Shell Fleet,   PO Box 183019,   Columbia, OH 43218-3019
510204941     +Somerset Hills Towing,   580 Union Avenue,   Bridgewater, NJ 08807-3146
510204942      T-Mobile,   PO Box 742596,   Cincinnati, OH 45274-2596
510204943     +The Fixture Company,   923 N State Street,   Elgin, IL 60123-2146
510204944     +Thomas Russo & Sons,   854 Communipaw Ave,   Jersey City, NJ 07304-1305
510204945     +Topps Building,   930 Newark Avenue,   Jersey City, NJ 07306-6316
510404146     +U.S. Department of Labor-OSHA,   201 Varick St. Rm 905,   New York, NY 10014-4811
510204946      UPS,   Po Box 7247-0244,   Philadelphia, PA 19170-0001
510204948      WB Mason,   Po Box 111,   Brocton, MA 02303-0111
510204949      Weco Elevator Products,   1586 Wavell Crescent,   Mississauga, Ontario L4X1X1
510204950     +XL Insurance / Edward Zizmor,   60 Court St Suite 1A,   Hackensack, NJ 07601-7041
510204951     +XO Communications,   14239 Collections Center Drive,   Chicago, IL 60693-0001
The following entities were noticed by electronic transmission on Feb 17, 2010.
510204947      E-mail/PDF: bankruptcyverizoncom@afni.com Feb 18 2010 00:41:32     Verizon,   PO Box 4833,
               Trenton, NJ 08650-4833
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
510204887      Bucher Hydroolics
510379731      Trustees of the National Elevator,    Indust
510379732      Williams and Co
510204952      Yellow Pages
                                                                                   TOTALS: 4, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2010**                    **Signature:** _Joseph Speetjens_