UNITED STATES BANKRUPTCY COURT
DISTRICT OF _New Jersey_

In re _Lift Tech Elevator Service LLC_   Case No. _09-40244_
Reporting Period: _1/1/10 - 1/31/10_

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

_____
Date

_Dominick Glenn_
Printed Name of Authorized Individual

_Managing Partner_
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation, a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company

MOR
(04/07)

In re *Lift Tech Elevator Service LLC*
Debtor

Case No. *09-40244*
Reporting Period: _____

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the
first report, the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must
equal the sum of the four bank account columns.  The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL
REPORT (FORM IR-1)   Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal
must equal the total disbursements reported on this page   A bank reconciliation must be attached for each account.  [See MOR-1 (CONT)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | 11 | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | 63812 | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| TOTAL RECEIPTS | 63812 | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | 37629 | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | 5992 | | | | | | | |
| ADMINISTRATIVE | 8938 | | | | | | | |
| SELLING | 4940 | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | 4000 | | | | | | | |
| U S TRUSTEE QUARTERLY FEES | 325 | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | 61824 | | | | | | | |
| NET CASH FLOW | 1988 | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | 1988 | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | $ 61824 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | $ |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i e  from escrow accounts) | $ |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ 61824 |

In re _Lift Tech Elevator Service LLC_
Debtor

Case No. _09-40244_
Reporting Period: _1/1/10 - 1/31/10_

## BANK RECONCILIATIONS

Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account   The debtor's bank reconciliation may be substituted for this page

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # 5887 TD Bank | | # 8879 TD Bank | | # | | # | |
| BALANCE PER BOOKS | 1088 | | 900 | | | | | |
| | | | | | | | | |
| BANK BALANCE | 1088 | | 900 | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | 1088 | | 900 | | | | | |
| * Adjusted bank balance must equal balance per books | | | | | | | | |
| | | | | | | | | |
| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| CHECKS OUTSTANDING | Ck # | Amount | Ch.# | Amount | Ck # | Amount | Ck.# | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| OTHER | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

In re _Lift Tech Electric Service llc_ Case No. _09 40244_

Debtor

Reporting Period: _1/1/10 - 1/31/10_

## SCHEDULE OF RETAINERS PAID TO PROFESSIONALS

(This schedule is to include each Professional paid a retainer[1])

| Payee | Check | | Name of Payor | Amount | Amount Applied to Date | Balance |
| | Date | Number | | | | |
|---|---|---|---|---|---|---|
| Lift Tech Electric | 10/20/9 | 405 | Skruci Clews Esq | 5000 | 4500 | 438 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

[1] Identify all Evergreen Retainers

Form IR-2
(4/07)



## **Bank**

America's Most Convenient Bank®

# TD Bank - Deposit Account Details

Enter criteria for a historical search and then click the Search button.

Account:   x8879 - CHAPTER 11 CHECKING

○ Previous Day's Postings  ○ Pending Transactions  ◉ History Search

| History Search | | | | |
|---|---|---|---|---|
| **Type:** | **Debit/Credit:** | | **From Check: To Check:** | |
| All | All | | | |
| **From:** | **To:** | | | |
| 1/1/2010 | 1/31/2010 | | Search | |

*P/R*
*Account*

| Date | Type | Description | Debit | Credit | Balance | Check Image |
|---|---|---|---|---|---|---|
| 1/26/2010 | DEP | DEPOSIT | | $900.00 | $900.00 | |

*Transfer is from Pre Bankruptcy Account*

Back

**1-888-751-9000 - Live Customer Service 24/7 | Terms of Use**
© 2010 TD Bank, N A  All Rights Reserved

 **Bank**

America's Most Convenient Bank®

# TD Bank - Deposit Account Details

Enter criteria for a historical search and then click the Search button.

Account:  x8887 - CHAPTER 11 CHECKING

○ Previous Day's Postings ○ Pending Transactions ⦿ History Search

| History Search | | | |
|---|---|---|---|
| **Type:** | **Debit/Credit:** | **From Check: To Check:** | |
| All | All | | |
| **From:** | **To:** | | |
| 1/1/2010 | 1/31/2010 | Search | |

*(Current Account)*

| Date | Type | Description | Debit | Credit | Balance | Check Ima |
|---|---|---|---|---|---|---|
| 1/28/2010 | DEBIT | BILLMATRIX BILL PAY | $3.50 | | $1,008.11 | |
| 1/28/2010 | DEBIT | VERIZON MAIN BILL PAY | $529.43 | | $1,011.61 | |
| 1/28/2010 | CHECK | CHECK # 98 | $1,100.00 *Dom* | | $1,541.04 | |
| 1/26/2010 | DEBIT | DEBIT | $7,000.00 *Pik* | | $2,641.04 | |
| 1/26/2010 | DEP | DEPOSIT | | $9,641.04 | $9,641.04 | |

Ba



# TD Bank

**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

0



000004 06DD2H01 2 000000
LIFT TECH ELEVATOR SERVICE LLC
GENERAL PURPOSE ACCT
926 NEWARK AVE
JERSEY CITY NJ 07306

| | |
|---|---|
| Page: | 1 of 7 |
| Statement Period: | Jan 01 2010-Jan 26 2010 |
| Cust Ref #: | 3453297229-720-0-*** |
| Primary Account #: | 345-3297229 |

## Business Convenience Checking

LIFT TECH ELEVATOR SERVICE LLC
GENERAL PURPOSE ACCT

Account # 345-3297229

## GREAT NEWS ABOUT YOUR OVERDRAFT PROTECTION!

GREAT NEWS FOR CUSTOMERS WITH MONEYLINE OVERDRAFT PROTECTION! BEGINNING
DECEMBER 14, 2009, YOU WILL NO LONGER BE CHARGED A $5 FEE FOR TRANSFERS FROM YOUR
MONEYLINE OVERDRAFT PROTECTION ACCOUNT TO YOUR CHECKING ACCOUNT. IF YOU HAVE
QUESTIONS, OR IF YOU'D LIKE TO APPLY FOR A MONEYLINE OVERDRAFT PROTECTION ACCOUNT,
PLEASE VISIT YOUR NEAREST TD BANK STORE OR CONTACT YOUR RELATIONSHIP MANAGER.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---:|
| Statement Balance as of 01/01 | | | 715.94 |
| Plus | 4 | Deposits and Other Credits | 63,812.32 |
| Less | 60 | Checks and Other Debits | 64,528.26 |
| Statement Balance as of 01/26 | | | 0.00 |

### ACCOUNT ACTIVITY

**Transactions by Date**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---:|---:|---:|
| 1/5 | DEPOSIT | | 40,100.00 | 40,815.94 |
| 1/5 | eTransfer Debit<br>Online Xfer<br>Transfer to CK 3453297164 | 25.00 | | 40,790.94 |
| 1/5 | eTransfer Debit<br>Online Xfer<br>Transfer to MMKT 3453297377 | 12.00 | | 40,778.94 |
| 1/6 | WIRE TRANSFER OUTGOING<br>Solange Glenn | 8,339.92 | | 32,439.02 |
| 1/6 | WIRE TRANSFER OUTGOING<br>Kiana Delgado | 3,300.47 | | 29,138.55 |
| 1/6 | WIRE TRANSFER OUTGOING<br>Joe's TV and Appliance | 2,803.62 | | 26,334.93 |
| 1/6 | WIRE TRANSFER OUTGOING<br>Fred Barley | 2,363.28 | | 23,971.65 |
| 1/6 | WIRE TRANSFER OUTGOING<br>Jeff Dowling | 2,107.77 | | 21,863.88 |
| 1/6 | WIRE TRANSFER OUTGOING<br>Brittany Pace | 1,583.04 | | 20,280.84 |
| 1/6 | WIRE TRANSFER OUTGOING<br>H&E Telephone Credit Union | 1,527.75 | | 18,753.09 |

BANK DEPOSITS FDIC INSURED    © WWW.TDBANK.COM




000004 06DD2H01 000013



# Bank

### America's Most Convenient Bank®



STATEMENT OF ACCOUNT

LIFT TECH ELEVATOR SERVICE LLC
GENERAL PURPOSE ACCT

Page:                                    3 of  7
Statement Period: Jan 01 2010-Jan 26 2010
Cust Ref #:              3453297229-720-0-***
Primary Account #:              345-3297229

## ACCOUNT ACTIVITY

**Transactions by Date (continued)**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|------|-------------|-------|--------|---------|
| 1/6 | WIRE TRANSFER OUTGOING | 653.39 | | 18,099.70 |
| | Shana Powell | | | |
| 1/6 | DEBIT POS | 589.87 | | 17,509.83 |
| | DDA PURCHASE       085280178334981 | | | |
| | FIRST ENERGY     AKRON    *OH | | | |
| 1/6 | ATM DEBIT | 301.50 | | 17,208.33 |
| | DDA WITHDRAW      085280178334981 | | | |
| | 587 SUMMIT AVENUE     JERSEY CITY  *NJ | | | |
| 1/6 | DEBIT CARD PURCHASE | 163.31 | | 17,045.02 |
| | VISA DDA PUR       085280178334981 | | | |
| | UNITED RENTALS    212 736 7300  *NY | | | |
| 1/6 | DEBIT CARD PURCHASE | 40.87 | | 17,004.15 |
| | VISA DDA PUR       085280178334981 | | | |
| | ACCESSLINE PHONE SVC   877 880 0055  *WA | | | |
| 1/6 | WIRE TRANSFER FEE | 15.00 | | 16,989.15 |
| 1/6 | WIRE TRANSFER FEE | 15.00 | | 16,974.15 |
| 1/6 | WIRE TRANSFER FEE | 15.00 | | 16,959.15 |
| 1/6 | WIRE TRANSFER FEE | 15.00 | | 16,944.15 |
| 1/6 | WIRE TRANSFER FEE | 15.00 | | 16,929.15 |
| 1/7 | DEBIT CARD PURCHASE | 124.75 | | 16,804.40 |
| | VISA DDA PUR       085280178334981 | | | |
| | NJNG ORCC       609 6063000  *NJ | | | |
| 1/7 | DEBIT CARD PURCHASE | 43.03 | | 16,761.37 |
| | VISA DDA PUR       085280178334981 | | | |
| | HESS 30304       TOMS RIVER   *NJ | | | |
| 1/8 | WIRE TRANSFER OUTGOING | 1,066.50 | | 15,694.87 |
| | Nathan Melton | | | |
| 1/8 | Check #4621 | 1,375.00 | | 14,319.87 |
| 1/8 | DEBIT CARD PURCHASE | 625.01 | | 13,694.86 |
| | VISA DDA PUR       085280178334981 | | | |
| | NYC PARKING FINE WEB    212 6399675  *NY | | | |
| 1/8 | DEBIT CARD PURCHASE | 163.31 | | 13,531.55 |
| | VISA DDA PUR       085280178334981 | | | |
| | UNITED RENTALS    212 736 7300  *NY | | | |
| 1/8 | DEBIT CARD PURCHASE | 163.31 | | 13,368.24 |
| | VISA DDA PUR       085280178334981 | | | |
| | UNITED RENTALS    212 736 7300  *NY | | | |
| 1/8 | DEBIT CARD PURCHASE | 47.80 | | 13,320.44 |
| | VISA DDA PUR       085280178334981 | | | |
| | EXXONMOBIL  47051339   JERSEY CITY  *NJ | | | |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED        ©         WWW.TDBANK.COM        



# TD Bank
**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

LIFT TECH ELEVATOR SERVICE LLC
GENERAL PURPOSE ACCT

Page:                        5 of  7
Statement Period: Jan 01 2010-Jan 26 2010
Cust Ref #:          3453297229-720-0-***
Primary Account #:          345-3297229

## ACCOUNT ACTIVITY

### Transactions by Date (continued)

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|------|-------------|-------|--------|---------|
| 1/19 | DEBIT CARD PURCHASE<br>VISA DDA PUR          085280178334981<br>MAZZONE TRUE VALUE      BROOKLYN    *NY | 120.64 | | 3,591.86 |
| 1/19 | ATM DEBIT<br>DDA WITHDRAW          085280178334981<br>493 HENRY ST BROOKLYN  BROOKLYN    *NY | 101.75 | | 3,490.11 |
| 1/19 | DEBIT CARD PURCHASE<br>VISA DDA PUR          085280178334981<br>HESS 30304          TOMS RIVER  *NJ | 35.00 | | 3,455.11 |
| 1/20 | DEBIT CARD PURCHASE<br>VISA DDA PUR          085280178334981<br>MAZZONE TRUE VALUE      BROOKLYN    *NY | 61.08 | | 3,394.03 |
| 1/20 | DEBIT CARD PURCHASE<br>VISA DDA PUR          085280178334981<br>HESS 30304          TOMS RIVER  *NJ | 40.15 | | 3,353.88 |
| 1/21 | DEPOSIT | | 3,129.00 | 6,482.88 |
| 1/21 | Check #4622 | 675.00 | | 5,807.88 |
| 1/21 | DEBIT CARD PURCHASE<br>VISA DDA PUR          085280172728303<br>PITNEY BOWES      800 228 1071 *CT | 14.95 | | 5,792.93 |
| 1/22 | DEBIT CARD PURCHASE<br>VISA DDA PUR          085280178334981<br>EXXONMOBIL  47635875    TOMS RIVER  *NJ | 66.06 | | 5,726.87 |
| 1/25 | DEPOSIT | | 7,791.66 | 13,518.53 |
| 1/25 | DEBIT | 3,500.00 | | 10,018.53 |
| 1/25 | ATM DEBIT<br>DDA WITHDRAW          085280178334981<br>GDN ST PKY MNMOUTH      BELMAR    *NJ | 102.00 | | 9,916.53 |
| 1/25 | DEBIT CARD PURCHASE<br>VISA DDA PUR          085280178334981<br>APPLEBEES 999823200462   JERSEY CITY  *NJ | 38.66 | | 9,877.87 |
| 1/25 | DEBIT CARD PURCHASE<br>VISA DDA PUR          085280178334981<br>CHILI S GRI07600010769   TOMS RIVER  *NJ | 37.07 | | 9,840.80 |
| 1/25 | DEBIT POS<br>DDA PURCHASE          085280178334981<br>WAL WAL MART STORE 712   BRICK      *NJ | 32.84 | | 9,807.96 |
| 1/25 | DEBIT POS<br>DDA PURCHASE          085280178334981<br>WAL WAL MART STORE 051   BRICK      *NJ | 27.47 | | 9,780.49 |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          ©          WWW.TDBANK.COM



# Bank

**America's Most Convenient Bank®**

0

STATEMENT OF ACCOUNT

LIFT TECH ELEVATOR SERVICE LLC
GENERAL PURPOSE ACCT

Page:                            7 of   7
Statement Period: Jan 01 2010-Jan 26 2010
Cust Ref #:              3453297229-720-0-***
Primary Account #:            345-3297229



#4621      1/08     $1,375.00



#4622      1/21     $675.00



#4623      1/11     $4,000.00

**Bank**

America's Most Convenient Bank®





0

STATEMENT OF ACCOUNT

000924 06DD1H01 1 000000
LIFT TECH ELEVATOR SERVICE LLC
DOMINICK GLENN POA
926 NEWARK AVE
JERSEY CITY NJ 07306

| | |
|---|---|
| Page: | 1 of  2 |
| Statement Period: | Jan 01 2010-Jan 26 2010 |
| Cust Ref #: | 3453297164-720-0-*** |
| Primary Account #: | 345-3297164 |

## Business Convenience Checking

LIFT TECH ELEVATOR SERVICE LLC
DOMINICK GLENN POA

Account # 345-3297164

### GREAT NEWS ABOUT YOUR OVERDRAFT PROTECTION!

GREAT NEWS FOR CUSTOMERS WITH MONEYLINE OVERDRAFT PROTECTION! BEGINNING
DECEMBER 14, 2009, YOU WILL NO LONGER BE CHARGED A $5 FEE FOR TRANSFERS FROM YOUR
MONEYLINE OVERDRAFT PROTECTION ACCOUNT TO YOUR CHECKING ACCOUNT. IF YOU HAVE
QUESTIONS, OR IF YOU'D LIKE TO APPLY FOR A MONEYLINE OVERDRAFT PROTECTION ACCOUNT,
PLEASE VISIT YOUR NEAREST TD BANK STORE OR CONTACT YOUR RELATIONSHIP MANAGER.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Statement Balance as of 01/01 | | | -24.00 |
| Plus | 1 | Deposits and Other Credits | 25.00 |
| Less | 1 | Checks and Other Debits | 1.00 |
| Statement Balance as of 01/26 | | | 0.00 |

### ACCOUNT ACTIVITY

**Transactions by Date**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 1/5 | eTransfer Credit | | 25.00 | 1.00 |
| | Online Xfer | | | |
| | Transfer from CK 3453297229 | | | |
| 1/26 | ACCOUNT CLOSED | 1.00 | | 0.00 |

V1.8.4je-1:47496

000924 06DD1H01 000994

BANK DEPOSITS FDIC INSURED   ©   WWW.TDBANK.COM   



# TD Bank

**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

0



000925 06DD1H01 1 000000
LIFT TECH ELEVATOR SERVICE LLC
926 NEWARK AVE
JERSEY CITY NJ 07306

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Jan 01 2010-Jan 26 2010 |
| Cust Ref #: | 3453297377-727-0-*** |
| Primary Account #: | 345-3297377 |

## Business Super Money Market

LIFT TECH ELEVATOR SERVICE LLC

Account # 345-3297377

### GREAT NEWS ABOUT YOUR OVERDRAFT PROTECTION!

GREAT NEWS FOR CUSTOMERS WITH MONEYLINE OVERDRAFT PROTECTION! BEGINNING DECEMBER 14, 2009, YOU WILL NO LONGER BE CHARGED A $5 FEE FOR TRANSFERS FROM YOUR MONEYLINE OVERDRAFT PROTECTION ACCOUNT TO YOUR CHECKING ACCOUNT. IF YOU HAVE QUESTIONS, OR IF YOU'D LIKE TO APPLY FOR A MONEYLINE OVERDRAFT PROTECTION ACCOUNT, PLEASE VISIT YOUR NEAREST TD BANK STORE OR CONTACT YOUR RELATIONSHIP MANAGER.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---:|
| Statement Balance as of 01/01 | | | -11.99 |
| Plus | 1 | Deposits and Other Credits | 12.00 |
| Less | 1 | Checks and Other Debits | 0.01 |
| Statement Balance as of 01/26 | | | 0.00 |

### ACCOUNT ACTIVITY

**Transactions by Date**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 1/5 | eTransfer Credit | | 12.00 | 0.01 |
| | Online Xfer | | | |
| | Transfer from CK 3453297229 | | | |
| 1/26 | ACCOUNT CLOSED | 0.01 | | 0.00 |

BANK DEPOSITS FDIC INSURED    ©    WWW.TDBANK.COM



In re _Lift Tech Elevator Service LLC_
Debtor

Case No. _09-40244_
Reporting Period : _1/1/10 - 1/31/10_

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $ 63812 | $ 181087 |
| Less: Returns and Allowances | | |
| Net Revenue | $ 63812 | $ 181087 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | 20158 |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | 63812 | 160929 |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | 4940 | 7571 |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | 5992 | 31139 |
| Management Fees/Bonuses | | |
| Office Expense | 251 | 490 |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | 2985 | 2985 |
| Rent and Lease Expense | 490 | 490 |
| Salaries/Commissions/Fees | 33696 | 61451 |
| Supplies | | |
| Taxes - Payroll | 27773 | 48833 |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | 1124 | 3306 |
| Other (attach schedule) | 4088 | 6027 |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | ( 9527 ) | ( 1375 ) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | ( 9527 ) | ( 1375 ) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 4000 | 4000 |
| U. S. Trustee Quarterly Fees | 325 | 325 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | 4325 | |
| Income Taxes | | |
| Net Profit (Loss) | $ ( 23852 ) | $ ( 5700 ) |

*"Insider" is defined in 11 U.S.C. Section 101(31)

In re _Lift Tech Elevator Service LLC_
    Debtor

Case No _09-40244_
Reporting Period: _1/1/10 - 1/31/10_

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| | JANUARY | |
| **Other Costs** | | |
| BANK fees | 90 | 1770 |
| PERMITS | 2050 | 2050 |
| MEALS | 135 | 135 |
| PARKing TOLLS FREIGHT FEES | 1813 | 1813 |
| PTR Expense | 259 | 259 |
| **Other Operational Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

In re _Lift Tech Elevator Service LLC_
Debtor

Case # 09-40244

Period 1/1/10 - 1/31/10

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 1,009,903 | |
| + Amounts billed during the period | 3,279 | |
| - Amounts collected during the period | 3,279 | |
| Total Accounts Receivable at the end of the reporting period | 1,001,903 | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | 126,138 | |
| 61 - 90 days old | | |
| 91+ days old | 875,765 | |
| Total Accounts Receivable | 1,001,903 | |
| Amount considered uncollectible (Bad Debt) | 364,823 | |
| Accounts Receivable (Net) | 637,080 | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | X | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | X |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5 Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s) If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | X | |

#5 DIP Accounts opened 1/26/10. ALL Non DIP Accounts closed 1/26/10.

FORM MOR-5
(04/07)

In re _Lift Tech Elevator Service LLC_
Debtor

Case No. _09-40244_
Reporting Period _1/1/10  1/31/10_

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only  Pre-petition liabilities must be classified separately from postpetition obligations

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | 637081 | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| TOTAL CURRENT ASSETS | $ 637081 | $ |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | 1,545,400 | |
| Furniture, Fixtures and Office Equipment | 6,100 | |
| Leasehold Improvements | | |
| Vehicles | 52,000 | |
| Less Accumulated Depreciation | | |
| TOTAL PROPERTY & EQUIPMENT | $ 1,603,500 | $ |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| TOTAL OTHER ASSETS | $ 2,240581 | $ |
| **TOTAL ASSETS** | $ 2,877067 | $ |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | 58835 | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | 10000 | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| TOTAL POSTPETITION LIABILITIES | $ 58835 | $ |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | | |
| Priority Debt   Estimated Federal Taxes | 500,000 | |
| Unsecured Debt | 3920383 | |
| TOTAL PRE-PETITION LIABILITIES | $ | $ |
| TOTAL LIABILITIES | $ 4473228 | $ |
| **OWNER EQUITY** | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| NET OWNER EQUITY | $ | $ |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | $ |

*"Insider" is defined in 11 U S C  Section 101(31)

FORM MOR-3
(04/07)

In re Lift Ted Elevator Service LLC
Debtor

Case No. 09-40244
Reporting Period: 01/01/10 – 01/31/10

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes
Attach photocopies of any tax returns filed during the reporting period

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 8953 | 10015 | | | | 18968 |
| FICA-Employee | 3581 | 7162 | | | | 10743 |
| FICA-Employer | 3582 | 7164 | | | | 10746 |
| Unemployment | 94 | | | | | 94 |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | 16210 | 24341 | | | | 40551 |
| **State and Local** | | | | | | |
| Withholding | 3014 | 2290 | | | | 5304 |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | 1842 | 1142 | | | | 2984 |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | 4852 | 3432 | | | | 8288 |
| Total Taxes | 21066 | 27773 | | | | 48833 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| | | | Number of Days Past Due | | | |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | 27773 | 21066 | | | | 48833 |
| Rent/Leases-Building | | 10000 | | | | 10000 |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | 27773 | 31066 | | | | 58833 |

Explain how and when the Debtor intends to pay any past-due postpetition debts

*"Insider" is defined in 11 U.S.C. Section 101(31)

FORM MOR-4
(04/07)